IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 1:23CR103 |
| vs. | |
| CARL WAYNE HITE, JR., | |
| Defendant. | |

# ORDER DENYING HYBRID MOTION

Pending before the court is the Defendant's *Pro Se Motion For Leave to File Motion to Suppress* (Dkt. # 68). However, the Defendant is currently represented by counsel. So long as he is represented by counsel, the Defendant must appear through counsel and should cease filing papers directly with the clerk. *United States v. Williams*, 667 F. App'x 489 (5th Cir. 2016); *United States v. Daniels,* 572 F.2d 535, 540 (5th Cir. 1978) (holding that a criminal defendant does not have the right to "hybrid representation"—representation partly by counsel and partly by himself).

Thus, the Defendant's motion is DENIED AS MOOT.

SIGNED this 26th day of September, 2024.

_____
Zack Hawthorn
United States Magistrate Judge