| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| versus | § § § § | CASE NO. 1:23-CR-103 |
| CARL WAYNE HITE, JR. (1) | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S *PRO SE* MOTIONS TO WITHDRAW GUILTY PLEA

The court referred Defendant's *pro* se *Motions to Withdraw Guilty Plea* (Doc. Nos. 76, 79) to United States Magistrate Judge Zack Hawthorn for consideration pursuant to applicable laws and orders of this court. After review and consideration of the above motions, Judge Hawthorn issued a report and recommendation denying Defendant's motions (Doc. No. 85). Neither party objected to the report and the time for doing so has passed.

The court conducted a *de novo* review pursuant to FED. R. CIV. P. 72(b)(3) and 28 U.S.C. § 636(b)(1)(C) of the pending motions, response, record, and the applicable law. The court finds that Judge Hawthorn's findings and recommendation are correct. Accordingly, the court ADOPTS Judge Hawthorn's report and recommendation (Doc. No. 85) and DENIES the Defendant's *Motions to Withdraw Guilty Plea* (Doc. No. 76, 79).

SIGNED at Beaumont, Texas, this 8th day of May, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE